**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE DE JESUS CARMONA, | No. 12-71752 |
| Petitioner, | Agency No. A095-753-510 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 24, 2013[**]

Before:    ALARCÓN, CLIFTON, and CALLAHAN, Circuit Judges.

Jose De Jesus Carmona, a native and citizen of Mexico, petitions pro se from

the Board of Immigration Appeals' ("BIA") order dismissing his appeal from an

immigration judge's removal order.  Our jurisdiction is governed by 8 U.S.C.

§ 1252.  We dismiss in part and deny in part the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to consider Carmona's contentions regarding his fear of returning to Mexico, his eligibility for voluntary departure and U-Visa relief, his lack of opportunity to gather evidence, and his bond hearing because he did not exhaust these issues before the BIA. *See Segura v. Holder*, 605 F.3d 1063, 1066 (9th Cir. 2010) (broad statements in notice of appeal and brief were insufficient to put the BIA on notice of petitioner's claim). Further, we decline to consider Carmona's contentions regarding ineffective assistance of counsel, T-Visa relief, the adequacy of the BIA's decision, and his detention conditions because he raised them for the first time in his reply brief. *See Cedano-Viera v. Ashcroft*, 324 F.3d 1062, 1066 n.5 (9th Cir. 2003) (we decline to consider new issues raised for the first time in a reply brief).

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**